**Dismissed and Memorandum Opinion filed April 26, 2022.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-22-00218-CV

---

## DR. RHODESIER LASTRAP, LONNIE GLISPIE, RACHEL TAYLOR, AND DEBORAH WYNN, Appellants

### V.

## UTOPIA LASTRAP, Appellee

---

**On Appeal from the 61st District Court
Harris County, Texas
Trial Court Cause No. 2021-45078**

---

## MEMORANDUM OPINION

Appellants Dr. Rhodesier Lastrap, Lonnie Glispie, Rachel Taylor, and Deborah Wynn bring a permissive appeal from an interlocutory order that is not otherwise appealable. Texas Rule of Appellate Procedure 28.3(c) provides that [t]he petition must be filed within 15 days after the order to be appealed is signed." Tex. R. App. 28.3(c). Under rule 28.3(d) "[t]he court of appeals may extend the time to file the petition if the party: (1) files the petition within 15 days after the deadline,

and (2) files a motion complying with Rule 10.5(b)." *Id.* 28.3(d).

The interlocutory order appellants attempt to appeal was signed by the trial court on February 14, 2022. The deadline for appellants to have filed their petition was March 1, 2022. *See id.* 28.3(c). The deadline for appellants to have filed a motion for extension of time, with the petition for permission to appeal the interlocutory order, was March 16, 2022. *See id.* 28.3(d). Appellants filed their notice of appeal on March 24, 2022—more than thirty days after the order appellants want to appeal was signed and eight days after the deadline for requesting an extension to time to file their petition. Appellants did not appeal the order until after the deadline for filing an extension had passed. Therefore, relator's appeal is untimely. Moreover, appellants have not filed their petition for permission to appeal the February 14, 2022 interlocutory order. *See id.*

We dismiss appellants' interlocutory appeal for want of jurisdiction. Appellants' motion to extend time to file their notice of appeal and appellee's motion to strike the docketing statement are dismissed as moot.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Bourliot and Spain.